EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Enmienda a la Regla 28 de las Reglas de Administración del Sistema de Personal de la Rama Judicial | 2002 TSPR 68<br><br>156 DPR \_\_\_\_ |

Número del Caso: ER-2002-1

Fecha: 21/mayo/2002

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Enmienda a la Regla 28 de las
Reglas de Administración del
Sistema de Personal de la
Rama Judicial

San Juan, Puerto Rico, a 21 de mayo de 2002

Mediante la aprobación de la Ley Núm. 88 del 3 de agosto de 2001, se declaró día de fiesta oficial en el Estado Libre Asociado de Puerto Rico el tercer lunes de febrero de cada año, con el propósito de conmemorar el natalicio del primer gobernador electo por el Pueblo de Puerto Rico, Hon. Luis Muñoz Marín.

A los fines de incorporar lo dispuesto en la referida ley, se enmienda la Regla 28(4) de las Reglas de Administración del Sistema de Personal de la Rama Judicial para que lea como sigue:

**<u>Regla 28.  Días Feriados</u>**

Los días que se enumeran a continuación serán días de fiesta legal para el personal de la Rama Judicial:
...
(4) Tercer lunes de febrero  Natalicio de Jorge
                             Washington

                             **Natalicio de Luis
                             Muñoz Marín**
...

Esta Resolución tendrá vigencia inmediata.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Patricia Otón Olivieri
Secretaria del Tribunal Supremo